**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

ANDREA DUKE,

        Petitioner,

v.

UNITED STATES RAILROAD
RETIREMENT BOARD

        Respondent.

No. 25-8145

Agency No. 25-AP-0108
Railroad Retirement Board

MEMORANDUM[*]

On Petition for Review of an Order of the
Railroad Retirement Board

Submitted May 26, 2026[**]

Before:     S.R. THOMAS, MILLER, and H.A. THOMAS, Circuit Judges.

Andrea Duke petitions pro se for review of the United States Railroad

Retirement Board's decision terminating her disability annuity under the Railroad

Retirement Act ("RRA"). We have jurisdiction under 45 U.S.C. § 231g. "This

court will not set aside a decision of the Board if it is supported by substantial

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

evidence, is not arbitrary and has a reasonable basis in law." *Calderon v. U.S. R.R. Ret. Bd.*, 780 F.2d 812, 813 (9th Cir. 1986) (citation and internal quotation marks omitted). We deny the petition for review.

Substantial evidence and governing law support the Board's decision to terminate Duke's disability annuity due to her demonstrated ability to engage in substantial gainful activity. *See* 45 U.S.C. § 231a(a)(1)(v) (setting forth eligibility requirements for RRA annuities on the basis of disability); 20 C.F.R. § 220.140 ("If the claimant is able to engage in substantial gainful activity, the Board will find that the claimant is not disabled for any regular employment . . . ."); 20 C.F.R. § 220.141 (defining substantial gainful activity as "work activity . . . even if . . . done on a part-time basis . . . that the claimant does for pay or profit"); 20 C.F.R. § 220.176 (requiring a pre-termination determination of medical improvement only if "the annuitant has not demonstrated the ability to engage in substantial gainful activity").

**PETITION FOR REVIEW DENIED.**